Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Justin W. Wilson, Esq.
Nevada Bar No.: 14646
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
matt@courtroomproven.com
jwilson@courtroomproven.com

Attorneys for Plaintiffs,
*Darlene Isaac and Harold Ronald Howman, Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Darlene Isaac**, and **Harold Ronald Howman, Jr.**, <br><br> Plaintiffs, <br> vs. <br><br> **Nicolas Forcillo,** an individual; **Werner Enterprises, Inc.**, a foreign corporation, DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive <br><br> Defendants. | CASE NO.: 2:19-CV-01452-KJD-BNW <br><br> **Stipulation and Order to Extend Certain Deadline** |

    Plaintiffs, Darlene Issac and Harold Howman Ronald, through their counsel of record, Marjorie L. Hauf, Esq. and Justin W. Wilson, Esq.. of H & P LAW, and Defendants, Nicolas Forcillo and Werner Enterprises, Inc., through their counsel of record, Michael C. Hetey, Esq. and Harry J. Rosenthal, Esq. of THORNDAL

ARMSTRONG DELK BALKENBUSH & EISINGER, do hereby stipulate and agree to Extend the due date of Plaintiffs' Opposition to Defendants' Motion for a Protective Order on Order Shortening Time. Currently, Plaintiffs' Opposition is due October 2, 2020. Plaintiffs and Defendants agree to Extend the Deadline for Plaintiffs' to file their Opposition to October 8, 2020. This extension is being requested in good faith and not for the purpose of delay being that a new attorney was assigned to this case very recently and a slight increase in time is needed for adequate briefing.

**Order**

It is hereby STIPULATED between Plaintiffs, Darlene Issac and Harold Howman Ronald, through their counsel of Marjorie L. Hauf, Esq. and Justin W. Wilson, Esq.. of H & P LAW, and Defendants, Nicolas Forcillo and Werner Enterprises, Inc., through their counsel of record, Michael C. Hetey, Esq. and Harry J. Rosenthal, Esq. of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER to Extend a Certain Deadline.

IT IS FURTHER STIPULATED that Plaintiffs' Opposition to Defendants' Motion for a Protective Order on Order of Shortening Time must be filed by October 8, 2020.

Dated this __6th__ day of October 2020.

_____
UNITED STATES MAGISTRATE JUDGE

| Respectfully submitted by: | Approved as to form and content: |
|---|---|
| H & P LAW | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| /s/ Marjorie L. Hauf, Esq. | /s/ Michael C. Hetey, Esq. |
| Marjorie L. Hauf, Esq. | Michael C. Hetey, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No.: 5668. |
| Justin W. Wilson, Esq. | Harry J. Rosenthal, Esq. |
| Nevada Bar No.: 14646 | Nevada Bar No.: 10208 |
| Attorneys for Plaintiffs, *Darlene Issac and Harold Ronald Howman, Jr.* | Attorneys for Defendants, *Werner Enterprises, Inc. and Nicolas Forcillo* |