MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HARRY J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive <br><br> Defendants. | CASE NO.  2:19-CV-01452-KJD-BNW <br><br> **STIPULATION AND ORDER TO DEPOSE NON-RETAINED EXPERT, ELLIOTT SKORUPA, MSEP AFTER THE CLOSE OF DISCOVERY** <br><br> **(First Request)** |

The parties respectfully request the Court's permission to complete the deposition of treating provider and non-retained expert, Elliott Skorupa, MSEP after the close of discovery.

## I.     BACKGROUND

Mr. Elliott Skorupa, MSEP performed a Functional Capacity Evaluation of Plaintiff Darlene ("Plaintiff") on January 15, 2019 in her worker's compensation case. His deposition was set and taken by Plaintiff former counsel, Justin W. Wilson, Esq. on May 3, 2021. Due defense counsel's personal medical appointment and Mr. Skorupa being on the East Coast, Mr. Skorupa and counsel all agreed to a second day in order to complete the deposition. Since that time, Plaintiffs and Defendants have worked amicably to schedule a mutually agreeable date and time

to complete Mr. Skorupa's deposition. Defendants set the continuing deposition on October 18, 2021 and served Mr. Skorupa with a deposition subpoena.

On October 8, 2021, Defendants received an email from Plaintiffs' counsel's office informing defense counsel that Mr. Skorupa would not be available on October 18, 2021 to complete his deposition due to a surgical procedure he would be undergoing on October 14, 2021 with an unknown recovery time (*See* **Ex. A**). The information was provided by Deputy General Counsel, Cynthia Marietta, for Physical Therapy Solutions where Mr. Skorupa is employed.

Defense counsel reached out to Ms. Marietta to discuss, followed up by an email communication on October 15, 2021, in which it was expressed that the parties are willing to work with Mr. Skorupa in light of his upcoming surgical procedure and accommodate his recovery (*See* **Ex. B**). The parties currently have a discovery closure deadline of November 6, 2021. Ms. Marietta subsequently advised defense counsel that Mr. Skorupa was underwent the surgical procedure to his jaw and did not know precisely when he will be able to speak and testify.

The parties discussed this issue and agreed to move forward and make a record of the issue on October 18, 2021, to make record of Mr. Skorupa's surgery and agreement to stipulate to allow the competition of Mr. Skorupa's deposition after the close of discovery (*See* **Ex. C**).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## II.  CONCLUSION

The parties submit this Stipulation to complete the deposition of non-retained expert Elliott Skorupa, MSEP after the close of discovery in good faith and not in to delay this litigated proceeding; and, ask this Honorable Court to grant this Stipulation.

Dated this 27th day of October 2021.

H&P LAW


/s/ Marjorie L. Hauf

---

MARJORIE L. HAUF, ESQ.
Nevada Bar No. 8111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
8950 West Tropicana Avenue, #1
Las Vegas, Nevada 89147

Attorneys for Plaintiffs,
DARLENE ISAAC and
HAROLD ROLAND HOWMAN, JR.

Dated this 27th day of October 2021.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER


/s/ Michael C. Hetey

---

MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HARRY J. ROSENTHAL, ESQ.
Nevada bar No. 10208
1100 East Bridger Avenue
Las Vegas, Nevada  89101

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

**<u>Order</u>**
**IT IS SO ORDERED**

**DATED:** 3:29 pm, October 28, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-3-

# EXHIBIT A

**Lara M. Feldstein**

| | |
|---|---|
| **From:** | Victoria Agunos <vagunos@CourtRoomProven.com> |
| **Sent:** | Friday, October 8, 2021 2:53 PM |
| **To:** | Lara M. Feldstein; Jennifer Hodge; Michael C. Hetey; Austin J. De Reis |
| **Cc:** | Matthew G. Pfau |
| **Subject:** | FW: Isaac v. Werner Dr. Skorupa |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hello all,

Mr. Skorupa will not be available for the deposition on October 18, 2021 due to a surgery he will be undergoing on October 14, 2021. Please see below e-mail.



**Victoria Agunos**
**Paralegal**
8950 W Tropicana Ave, #1
Las Vegas, Nevada 89147
702 598 4529 TEL
702 598 3626 FAX
www.courtroomproven.com



---

**From:** Victoria Agunos [mailto:vagunos@CourtRoomProven.com]
**Sent:** Friday, October 8, 2021 2:35 PM
**To:** ALAN PIETRUSZKIEWICZ
**Cc:** JENNIFER WILLIAMS; Matthew G. Pfau; Cynthia Marietta
**Subject:** RE: Isaac v. Werner Dr. Skorupa

Victoria,

This confirms that Mr. Skorupa will not be available for deposition on Oct. 18, 2021.  He is scheduled to undergo surgery on Oct. 14, 2021.  At this point, it is unknown when he will be available to continue his deposition given the complexity of his diagnosis and surgical procedure.

Kind Regards,
Cyndi
*Cynthia Marietta*
Deputy General Counsel
Physical Therapy Solutions, LP
U.S. Physical Therapy, Inc.
1300 West Sam Houston Parkway S, Suite 300 Houston, Texas 77042
713.297.7013 (direct line)
713.297.6381 (fax)
cmarietta@usph.com



This message contains privileged and confidential information intended only for the person or entity to which it is addressed. Any review, retransmission, dissemination, copy or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient, is prohibited. If you received this message in error, please notify the sender immediately by e-mail, facsimile or telephone and thereafter delete the material from any computer.

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, copying or any use of the information contained herein is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

# EXHIBIT B

**Lara M. Feldstein**

| | |
|---|---|
| **From:** | Lara M. Feldstein |
| **Sent:** | Friday, October 15, 2021 9:22 AM |
| **To:** | 'cmarietta@usph.com' |
| **Cc:** | Michael C. Hetey; Jennifer Hodge; Austin J. De Reis |
| **Subject:** | Werner-Isaac / Deposition of Elliott Skorupa |

Good morning Ms. Marietta,

This is in follow up to my voicemail message last week with regards to the deposition of Elliott Skorupa in the matter of *Isaac, et al. v. Werner Enterprises, Inc., et al*. We of course are willing to work with Mr. Skorupa to reschedule the completion of his deposition given his recent surgery; however, we do need to be provided with alternative availability. As I mentioned, we have a discovery closure date of November 2, 2021. If you are able to provide us with alternative dates we can inform the Court of Mr. Skorupa's situation in completing his deposition and ask for leave to depose him after discovery closes to accommodate his recovery. If you believe we should place something on the record, we can do that as well.

Would you have time today to discuss this matter with Mr. Hetey?

Lara M. Feldstein | Paralegal |
Thorndal Armstrong Delk Balkenbush & Eisinger
1100 East Bridger Avenue | P.O. Box 2070 | Las Vegas, Nevada  89125-2070 |
Phone: (702) 366-0622 x 2165 | Facsimile: (702) 366-0327 | lmf@thorndal.com
_____

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.
www.thorndal.com

# EXHIBIT C

1                   UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3
     DARLENE ISAAC and HAROLD        )
4    HOWMAN, JR.,                    )
                                     )
5                 Plaintiffs,        )   CASE NO.:  2:19-01452-
                                     )                 KJD-BNW
6    vs.                             )
                                     )
7    WERNER ENTERPRISES, INC. and    )
     NICOLAS FORCILLO,               )
8                                    )
                                     )
9                 Defendants.        )
     _____)

10

11

12

13

14

15                 CERTIFICATE OF NONAPPEARANCE

16       DEPOSITION BY ZOOM OF ELLIOT SKORUPA, MSEP

17                    LAS VEGAS, NEVADA

18                  MONDAY, OCTOBER 18, 2021

19

20

21

22   REPORTED BY:  GINA DILUZIO, RPR, CCR #833
                        JOB NO. 807631
23

24

25

NONAPPEARANCE OF ELLIOTT SKORUPA, MSEP - 10/18/2021

Page 2

1       CERTIFICATE OF NONAPPEARANCE, DEPOSITION BY ZOOM OF
2  ELLIOTT SKORUPA, MSEP, taken at Las Vegas, Nevada, on
3  Monday, October 18, 2021, at 11:59 a.m., remotely before
4  Gina DiLuzio, Certified Court Reporter, in and for the State
5  of Nevada.
6
7  APPEARANCES:
8  For the Plaintiffs:
9           H&P LAW, PLLC
            BY:  MARJORIE L. HAUF, ESQ.
10          8950 W. Tropicana Avenue
            Suite 1
11          Las Vegas, Nevada  89147
            (702) 598-4529
12          mhauf@courtroomproven.com
13  For the Defendants:
14          THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
            BY:  MICHAEL C. HETEY, ESQ.
15          1100 East Bridger Avenue
            Las Vegas, Nevada  89125
16          (702) 366-0622
            mch@thorndal.com
17
18
19
20
21
22
23
24
25

Page 3

1           LAS VEGAS, NEVADA, MONDAY, OCTOBER 18, 2021
2                        11:59 A.M.
3                         -oOo-
4  Thereupon--
5           MR. HETEY:  This is Mike Hetey for the
6  Defendants.
7           This is the date and time set for the
8  deposition of Elliott Skorupa, that being day two of his
9  continuing deposition.
10          And he has been served with the deposition
11  subpoena and notice, but we were contacted by  a -- an
12  attorney for the physical therapy company for which he works
13  who stated that he had some form of recent surgery.  We
14  believe it may have even involved his jaw and he could not
15  appear for today.
16          So we are going to move to continue the
17  deposition to a date when he can appear and is medically
18  safe and sound to provide testimony for day two of his
19  deposition, which may have to go forward after the close of
20  discovery if he is not able to do or have the deposition
21  completed before then due to these medical issues.
22          Marjorie, do you have anything to add?
23          MS. HAUF:  The only thing that I would add is I
24  do not see any proof of service that he was actually served
25  with a copy of the subpoena.  But I don't know.  He has been

Page 4

1  in contact with his office.
2           MR. HETEY:  I asked my office -- we were told
3  that we -- I was told by my assistant we served him.  So
4  we're happy to provide whatever -- whatever we've got.
5           MS. HAUF:  Sounds good.
6           MR. HETEY:  And, Marjorie, you and I emailed.
7  If we need to put a stipulation together, you guys are okay
8  with putting a stipulation together to submit to the Court
9  for purposes of just completing this deposition
10  post-discovery?
11          MS. HAUF:  Yeah, obviously, based upon his
12  availability due to his surgery, of course.
13          MR. HETEY:  I appreciate that.  And so I don't
14  think there's anything more to add.  We can complete the
15  deposition unless Marjorie has anything to add.
16          MS. HAUF:  Nope.
17          MR. HETEY:  I say not complete.  There'll be a
18  day two, at some point, but we'll stop for today.
19          MS. HAUF:  All right.  Thank you, folks.
20          MR. HETEY:  All right.  Thank you.
21          (Whereupon, the proceedings were concluded at
22  12:01 p.m.)
23
24
25

Page 5

1                  REPORTER'S CERTIFICATE
2  STATE OF NEVADA        )
                          )  ss:
3  COUNTY OF CLARK        )
4           I, Gina DiLuzio, a Certified Court Reporter, do
5  hereby certify:
6           That I reported remotely in shorthand (Stenotype)
7  the proceedings had in the above-entitled matter at the
8  place and date indicated.
9           That I thereafter transcribed my said shorthand
10  notes into typewriting, and that the typewritten transcript
11  is a complete, true and accurate transcription of my said
12  shorthand notes.
13          IN WITNESS WHEREOF, I have set my hand in my
14  office in the County of Clark, State of Nevada, this 20th
15  day of October, 2021.
16
17          _____
18          GINA DILUZIO, RPR, CCR #833
19
20
21
22
23
24
25

NONAPPEARANCE OF ELLIOTT SKORUPA, MSEP - 10/18/2021

Page 6

1    HEALTH INFORMATION PRIVACY & SECURITY: CAUTIONARY NOTICE

2    Litigation Services is committed to compliance with applicable federal

3    and state laws and regulations ("Privacy Laws") governing the

4    protection andsecurity of patient health information.Notice is

5    herebygiven to all parties that transcripts of depositions and legal

6    proceedings, and transcript exhibits, may contain patient health

7    information that is protected from unauthorized access, use and

8    disclosure by Privacy Laws. Litigation Services requires that access,

9    maintenance, use, and disclosure (including but not limited to

10   electronic database maintenance and access, storage, distribution/

11   dissemination and communication) of transcripts/exhibits containing

12   patient information be performed in compliance with Privacy Laws.

13   No transcript or exhibit containing protected patient health

14   information may be further disclosed except as permitted by Privacy

15   Laws. Litigation Services expects that all parties, parties'

16   attorneys, and their HIPAA Business Associates and Subcontractors will

17   make every reasonable effort to protect and secure patient health

18   information, and to comply with applicable Privacy Law mandates,

19   including but not limited to restrictions on access, storage, use, and

20   disclosure (sharing) of transcripts and transcript exhibits, and

21   applying "minimum necessary" standards where appropriate. It is

22   recommended that your office review its policies regarding sharing of

23   transcripts and exhibits - including access, storage, use, and

24   disclosure - for compliance with Privacy Laws.

25       © All Rights Reserved. Litigation Services (rev. 6/1/2019)