MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
HARRY J. ROSENTHAL, ESQ.
Nevada Bar No. 10208
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
hjr@thorndal.com

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR.,

        Plaintiffs,

vs.

NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive

        Defendants.

CASE NO.  2:19-CV-01452-KJD-BNW

**STIPULATION AND ORDER TO CONTINUE THE JOINT PRETRIAL ORDER DEADLINE**

**(First Request)**

The parties respectfully request the Court's permission to continue the Joint Pretrial Order deadline currently set for January 5, 2022.

## I.    BACKGROUND

The Joint Pretrial Order deadline of January 5, 2022 was set by Court Order [Doc. No. 67]. The Court has not yet set trial or a pre-mediation settlement conference in this matter.

The parties respectfully request a one (1) week continuance of the deadline in order to complete the Joint Pretrial Order from January 5, 2022 to January 12, 2022.

This request is being made due to the Christmas and New Year holidays; as well as, defense counsel preparing for a trial that was set for January 3, 2022 (Sines v Valley Health and

1   Allied Universal, Case No. A-19-787286-C, Dept. XXII) and having to be on the East Coast in
2   New York the second half of December due to family issues and illness (undersigned Defense
3   counsel's parents). Plaintiff counsel, Matthew Pfau, Esq. was also preparing for trial in the
4   matter of Gray v. Fogg, which began on January 3, 2022, and is currently in trial.  Further, this
5   case involves two Plaintiffs who treated in multiple differing states leading to substantial medical
6   records, which in turn is leading to a potentially large number of exhibits and documents within
7   exhibits, and the parties require additional time to attempt to work on objections and or
8   stipulations due to the volume of case data.

9       In addition, the parties are working on coordinating three proposed trial dates and at this
10  point would not have a trial date earlier than April 25, 2022 such that a one-week extension
11  would impact a trial setting with this Court.

12      Counsel for the parties are attempting to agree upon three agreeable trial dates and at
13  present the earliest potential trial date may be late April 2022, and more likely a later month in
14  2022, therefore, the undersigned counsel submit that the one week extension requested herein
15  should not impact other pre-trial requirements.

16  . . .
17  . . .
18  . . .
19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

## II.    CONCLUSION

The parties submit this Stipulation to continue the deadline for filing the Joint Pretrial Order from January 5, 2022 to January 12, 2022 in good faith and not to delay this litigated proceeding; and, ask this Honorable Court to grant this Stipulation.

Dated this 4th day of January 2022.              Dated this 4th day of January 2022.

H&P LAW                                          THORNDAL ARMSTRONG DELK
                                                 BALKENBUSH & EISINGER

*/s/ Marjorie L. Hauf*                            */s/ Michael C. Hetey*
_____                  _____
MARJORIE L. HAUF, ESQ.                           MICHAEL C. HETEY, ESQ.
Nevada Bar No. 8111                              Nevada Bar No. 5668
MATTHEW G. PFAU, ESQ.                            HARRY J. ROSENTHAL, ESQ.
Nevada Bar No. 11439                             Nevada bar No. 10208
8950 West Tropicana Avenue, #1                   1100 East Bridger Avenue
Las Vegas, Nevada 89147                          Las Vegas, Nevada  89101

Attorneys for Plaintiffs,                        Attorneys for Defendants,
DARLENE ISAAC and                                WERNER ENTERPRISES, INC. and
HAROLD ROLAND HOWMAN, JR.                        NICOLAS FORCILLO

### ORDER

IT IS SO ORDERED.

DATED: 1/5/2022

_____
UNITED STATES MAGISTRATE JUDGE

-3-