MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART, ESQ.
Nevada Bar NO. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
png@thorndal.com

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive<br><br>                    Defendants. | CASE NO.  2:19-CV-01452-KJD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS IN LIMINE NOS. 1-11**<br><br>**(First Request)** |

The parties respectfully request the Court's permission to allow Plaintiffs additional time to file their Oppositions to Defendants' Motions in Limine Nos. 1-11.

## I.     BACKGROUND

Defendants Werner Enterprises, Inc. and Nicolas Forcillo ("Defendants") filed the following Motions in Limine:

1.     Motion in Limine No. 1 to Strike and or Limit Opinions of Dr. Muir Relating to Plaintiff Harold Howman [ECF No. 112, filed 10/21/22];

2.      Motion in Limine No. 2 to Strike and or Limit Opinions of Dr. Oliveri Relating to Plaintiff Darlene Isaac [ECF No. 108, filed 10/20/22];

3.      Motion in Limine No. 3 to Strike and or Limit Opinions of Dr. Janda Relating to Plaintiff Darlene Isaac [ECF No. 113, filed 10/21/22];

4.      Motion in Limine No. 4 to Strike or Limit the Opinions of Brian Jones Regarding the Accident Reconstruction, Accident Forces, and Biomechancial Opinions of Dr. Christopher Chen [ECF No. 109, filed 10/20/22];

5.      Motion in Limine No. 5 to Strike and/or Limit Dr. Clauretie's Opinions Regarding Plaintiff Darlene Isaac's Costs and Future Loss of Household Services [ECF No. 114, filed 10/21/22];

6.      Motion in Limine No. 6 to Limit or Exclude Multiple Opinions of Plaintiff Harold Howman's Vocational Rehabilitation Expert Delyn Porter [ECF No. 115, filed 10/21/22];

7.      Motion in Limine No. 7 to Limit or Exclude Opinions of Plaintiff Darlene Isaac's Vocational Rehabilitation Expert Ira I. Sepctor [ECF No. 116, filed 10/27/22];

8.      Motion in Limine No. 8 to Preclude or Limit the Opinions of Dr. Hogan [ECF No. 119, filed 10/27/22];

9.      Motion in Limine No. 9 to Strike the Character Witensses named by Plaintiffs in their FRCP 26 Disclosures [ECF No. 117, filed 10/27/22];

10.      Motion in Limine No. 10 to Preclude Improper "Reptile" Theory Arguments that (1) Jury Should Apply "Safety Rules," (2) Defendants Failed to Take Responsibility for the Accident, and (3) Jury Should Act as Conscience of the Community [ECF No. 118, filed 10/27/22]; and,

11.      Motion in Limine No. 11 to Preclude Plaintiffs' Treating Physicians from Testifying to Future Care and Limiting Plaintiffs' Treating Physicians to Their Medical Treatment in Their Records [ECF No. 120, filed 10/27/22].

With these filings, Plaintiffs' Oppositions to Defendants Motions in Limine 1-11 are due November 3, 2022, November 4, 2022, and November 10, 2022 respectively.

1    Plaintiffs' requested an extension to file their Oppositions due to the filings occurring

2  while the were in trial in the matter of *Argentine v. Smiciklas* (Case No. A-18-771945-C, in the

3  Eighth Judicial District Court) which commenced October 17, 2022 through October 24, 2022

4  and they seek additional time to draft and prepare their Oppositions.

5    Plaintiffs filed an Emergency Motion to Expand Time to Oppose Defendants Motion in

6  Limine Nos. 1-11 [ECF No. 122, filed 11/01/22].

7    Pursuant to this Court's Minute Order [ECF No. 128] the parties have met and conferred

8  regarding Plaintiffs' Emergency Motion and agreed to allow Plaintiffs additional time to file

9  their Oppositions to Defendants' Motions in Limine Nos. 1-11 from November 3, 2022,

10  November 4, 2022, and November 10, 2022 to **November 14, 2022**.

11  . . .

12  . . .

13  . . .

14  . . .

15  . . .

16  . . .

17  . . .

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

## II.    CONCLUSION

The parties submit this Stipulation to Extend Plaintiffs' Time to File Oppositions to Defendants' Motions in Limine Nos. 1-11 from November 3, 2022, November 4, 2022, and November 10, 2022 to **November 14, 2022** in good faith and not to delay this litigated proceeding and in compliance with the Court's Order of November 2, 2022 [ECF No. 128]; and, ask this Honorable Court grant this Stipulation.

Dated this 3rd day of November 2022.          Dated this 3rd day of November 2022.

H&P LAW                                        THORNDAL ARMSTRONG DELK
                                               BALKENBUSH & EISINGER

   _/s/ Marjorie L. Hauf_                         _/s/ Michael C. Hetey_
MARJORIE L. HAUF, ESQ.                          MICHAEL C. HETEY, ESQ.
Nevada Bar No. 8111                            Nevada Bar No. 5668
MATTHEW G. PFAU, ESQ.                           PHILIP GOODHART, ESQ.
Nevada Bar No. 11439                           Nevada Bar NO. 5332
710 South 9th Street                           1100 East Bridger Avenue
Las Vegas, Nevada 89101                        Las Vegas, Nevada  89101
Attorneys for Plaintiffs,                      Attorneys for Defendants,
DARLENE ISAAC and                              WERNER ENTERPRISES, INC. and
HAROLD ROLAND HOWMAN, JR.                       NICOLAS FORCILLO

**ORDER**

IT IS SO ORDERED.    DATED: 11/4/22

UNITED STATES DISTRICT JUDGE