MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART, ESQ.
Nevada Bar NO. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
png@thorndal.com

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive <br><br> Defendants. | CASE NO.  2:19-CV-01452-KJD-DJA <br><br> **STIPULATION TO CONTINUE TRIAL AND NOTICE TO THE COURT OF BINDING ARBITRATION** |

  The parties submit this Stipulation to Continue Trial and Notice to the Court that they have reached an agreement to pursue a Binding Arbitration in this matter, and therefore request the Trial be continued and vacated. The Parties are in the process of preparing a Binding Arbitration Agreement and following the completion of the Binding Arbitration Process, the Parties will submit a stipulation for dismissal of the action with prejudice to the Court.  As such, the parties' respectfully request the Court remove this case from the Matter Trial Calendar

Scheduling Conference on November 14, 2022 at 2:00 p.m. and vacate the December 5, 2022 trial.

     As a byproduct of the agreement to resolve the pending litigation by Binding Arbitration, the Parties will be filing Notices with the Court regarding the withdrawal of the pending Motions in Limine recently filed by Plaintiffs and Defendants. Should the Court require additional information regarding the pending Binding Arbitration, the Parties will provide responses as requested.

| | |
|---|---|
| Dated this 9th day of November 2022. | Dated this 9th day of November 2022. |
| H&P LAW | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|     */s/ Marjorie L. Hauf* |     */s/ Michael C. Hetey* |
| MARJORIE L. HAUF, ESQ.<br>Nevada Bar No. 8111<br>MATTHEW G. PFAU, ESQ.<br>Nevada Bar No. 11439<br>710 South 9th Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs,<br>DARLENE ISAAC and<br>HAROLD ROLAND HOWMAN, JR. | MICHAEL C. HETEY, ESQ.<br>Nevada Bar No. 5668<br>PHILIP GOODHART, ESQ.<br>Nevada Bar NO. 5332<br>1100 East Bridger Avenue<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants,<br>WERNER ENTERPRISES, INC. and<br>NICOLAS FORCILLO |

IT IS SO ORDERED:

_____
KENT J. DAWSON
United States District Judge

DATE: __11/9/2022__