MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART, ESQ.
Nevada Bar NO. 5332
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com
png@thorndal.com

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO. 2:19-CV-01452-KJD-DJA<br><br>**STIPULATION AND ORDER TO WITHDRAW THE PARTIES' MOTIONS IN LIMINE**<br><br>**(First Request)** |

The Parties, Plaintiffs Darlene Isaac and Harold Roland Howman, Jr. ("Plaintiffs"), and Defendants Werner Enterprises, Inc. and Nicolas Forcillo ("Defendants"), by and through their respective undersigned counsel of record, hereby stipulate to withdraw Defendants' Motions in Limine Nos. 1-18 and Plaintiffs' Motions in Limine Nos. 1-14, consistent with the stipulation to continue trial and submit this case to binding arbitration. On 11/08/22 the Parties filed a Stipulation to Continue Trial and Notice to the Court of Binding Arbitration [ECF No. 150] which included a statement the Parties intend to withdraw their respective Motions in Limine as a byproduct of the agreement to resolve the pending litigation by Binding Arbitration [ECF No.

150, Pg. 2:3-5]. That Stipulation was granted on 11/10/22 [ECF No. 152]. As such, the Parties are submitting this current Stipulation withdrawing the aforementioned Motions in Limine. The Motions in Limine by Defendants and Plaintiffs which are stipulated to be withdrawn are listed below as follows:

**Defendants Werner Enterprises, Inc. and Nicolas Forcillo filed the following Motions in Limine**:

1. Motion in Limine No. 1 to Strike and or Limit Opinions of Dr. Muir Relating to Plaintiff Harold Howman [ECF No. 112, filed 10/21/22];

2. Motion in Limine No. 2 to Strike and or Limit Opinions of Dr. Oliveri Relating to Plaintiff Darlene Isaac [ECF No. 108, filed 10/20/22];

3. Motion in Limine No. 3 to Strike and or Limit Opinions of Dr. Janda Relating to Plaintiff Darlene Isaac [ECF No. 113, filed 10/21/22];

4. Motion in Limine No. 4 to Strike or Limit the Opinions of Brian Jones Regarding the Accident Reconstruction, Accident Forces, and Biomechanical Opinions of Dr. Christopher Chen [ECF No. 109, filed 10/20/22];

5. Motion in Limine No. 5 to Strike and/or Limit Dr. Clauretie's Opinions Regarding Plaintiff Darlene Isaac's Costs and Future Loss of Household Services [ECF No. 114, filed 10/21/22];

6. Motion in Limine No. 6 to Limit or Exclude Multiple Opinions of Plaintiff Harold Howman's Vocational Rehabilitation Expert Delyn Porter [ECF No. 115, filed 10/21/22];

7. Motion in Limine No. 7 to Limit or Exclude Opinions of Plaintiff Darlene Isaac's Vocational Rehabilitation Expert Ira I. Spector [ECF No. 116, filed 10/27/22];

8. Motion in Limine No. 8 to Preclude or Limit the Opinions of Dr. Hogan [ECF No. 119, filed 10/27/22];

9. Motion in Limine No. 9 to Strike the Character Witnesses named by Plaintiffs in their FRCP 26 Disclosures [ECF No. 117, filed 10/27/22];

10. Motion in Limine No. 10 to Preclude Improper "Reptile" Theory Arguments that (1) Jury Should Apply "Safety Rules," (2) Defendants Failed to Take Responsibility for the

Accident, and (3) Jury Should Act as Conscience of the Community [ECF No. 118, filed 10/27/22]; and,

11. Motion in Limine No. 11 to Preclude Plaintiffs' Treating Physicians from Testifying to Future Care and Limiting Plaintiffs' Treating Physicians to Their Medical Treatment in Their Records [ECF No. 120, filed 10/27/22].

12. Motion in Limine No. 12 to Exclude Plaintiffs' Computer Animation [ECF No. 124, filed 11/01/22];

13. Motion in Limine No. 13 to Preclude the Testimony of Veronica Barnett [ECF No. 123, filed 11/01/22];

14. Motion in Limine No. 14 to Preclude Testimony or Opinion That Any Optical Condition of Plaintiff Darlene Isaac was Caused by the Subject Accident [ECF no. 126, filed 11/01/22];

15. Motion in Limine No. 15 to Preclude Evidence or Testimony Regarding Plaintiff Harold Howman's Military History [ECF No. 127, filed 11/02/22];

16. Motion in Limine No. 16 to Preclude Argument or Testimony Regarding Intoxication as a Factor in the Accident [ECF No. 130, filed 11/02/22];

17. Motion in Limine No. 17 to Preclude Reference to Plaintiff Darlene Isaac's Social Security Administration Ruling [ECF No. 132, filed 11/04/22]; and,

18. Motion in Limine No. 18 to Preclude Discussion of Any Workers Compensation Claim by Either Plaintiff Beyond the Potential Nevada Jury Instruction Contained in NRS 616C.215 [ECF No. 134, filed 11/04/22].

**Plaintiffs Darlene Isaac and Harold Ronald Howman, Jr. filed the following Motions in Limine**:

1. Motion in Limine No. 1 Regarding the Absence of Pre-Incident Medical Records [ECF No. 135, filed 11/07/22];

2. Motion in Limine No. 2 Preclude Comments and Queries About Hypothetical Medical Conditions [ECF No. 136, filed 11/07/22];

3. Motion in Limine No. 3 to Preclude Defendant from Making Low Impact Arguments [ECF No. 137, filed 11/07/22];

4. Motion in Limine No. 4 to Preclude Prior Arrests or Convictions [ECF No. 138, filed 11/07/22];

5. Motion in Limine No. 5 to Preclude Prior and Subsequent Unrelated Settlements and/or Injuries [ECF No. 139, filed 11/07/22];

6. Motion in Limine No. 6 to Preclude Reference to Employment Termination [ECF No. 140, filed 11/07/22];

7. Motion in Limine No. 7 to Preclude Reference of Plaintiff's Narcotic Pain Medication, Substance, Drug Use, and Abuse [ECF No. 141, filed 11/07/22];

8. Motion in Limine No. 8 to Preclude Defense Experts from Commenting Upon Plaintiff's Credibility [ECF 142, filed 11/07/22];

9. Motion in Limine No. 9 Exclude Evidence Regarding Plaintiff's Pre-Existing Conditions or Injuries [ECF No. 143, filed 11/07/22];

10. Motion in Limine No. 10 Limit Opinion of Dr. Dukarm [ECF No. 144, filed 11/07/22];

11. Motion in Limine No. 11 to Preclude Testimony Regarding Stopwatch Test [ECF No. 145, filed 11/07/22];

12. Motion in Limine No. 12 to Preclude Introduction of Collateral Source Information [ ECF No. 146, filed 11/07/22];

13. Motion in Limine No. 13 Limit Opinions of Dr. Simpson [ECF No. 148, filed 11/07/22]; and,

14. Motion in Limine No. 14 to Preclude Introduction of Evidence of Rebecca Howman's Social Security Disability Benefits [ECF No. 147, filed 11/07/22].

/ / /

/ / /

/ / /

/ / /

The parties submit this Stipulation to Withdraw the Parties' Motions in Limine in good faith and not to delay this litigated proceeding; and, ask this Honorable Court to grant this Stipulation.

Dated this 15th day of November 2022.

H&P LAW

*/s/ Marjorie L. Hauf, Esq.*
MARJORIE L. HAUF, ESQ.
Nevada Bar No. 8111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
710 South 9th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs,
DARLENE ISAAC and
HAROLD ROLAND HOWMAN, JR.

Dated this 15th day of November 2022.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

*/s/ Michael C. Hetey, Esq.*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART, ESQ.
Nevada Bar NO. 5332
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE