|   |   |
|---|---|
| 1 | MICHAEL C. HETEY, ESQ. |
|   | Nevada Bar No. 5668 |
| 2 | PHILIP GOODHART, ESQ. |
|   | Nevada Bar NO. 5332 |
| 3 | THORNDAL ARMSTRONG, PC |
|   | 600 S. Las Vegas Boulevard, Suite 400 |
| 4 | Las Vegas, NV 89101 |
|   | Tel.: (702) 366-0622 |
| 5 | Fax: (702) 366-0327 |
|   | mch@thorndal.com |
| 6 | png@thorndal.com |

Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| DARLENE ISAAC; and HAROLD ROLAND HOWMAN, JR., | CASE NO.  2:19-CV-01452-KJD-DJA |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| NICOLAS FORCILLO, an individual, WERNER ENTERPRISES, INC., a foreign corporation, DOES I through X, inclusive; and/or ROE CORPORATIONS I through X, inclusive | |
| Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, DARLENE ISAAC and HAROLD ROLAND HOWMAN, JR., and Defendants, WERNER ENTERPRISES, INC. and NICOLAS FORCILLO, by and through their respective undersigned counsel of record, that Plaintiffs' Complaint, including all claims and causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against Defendants, WERNER

. . .

. . .

Page 1 of 2
*Isaac and Howman. v. Forcillo and Werner Enterprises, Inc.*, Case No. 2:19-cv-01452-KJD-BNW
Stipulation and Order for Dismissal with Prejudice

ENTERPRISES, INC. and NICOLAS FORCILLO; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED**.

Dated this 7th day of March 2024.

H&P LAW

    */s/ Cara M. Xidis*
MARJORIE L. HAUF, ESQ.
Nevada Bar No. 8111
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
CARA M. XIDIS, ESQ.
Nevada Bar No. 11743
710 South 9th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs,
DARLENE ISAAC and
HAROLD ROLAND HOWMAN, JR.

Dated this 7th day of March 2024.

THORNDAL ARMSTRONG, PC

    */s/ Michael C. Hetey*
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
PHILIP GOODHART, ESQ.
Nevada Bar NO. 5332
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendants,
WERNER ENTERPRISES, INC. and
NICOLAS FORCILLO

## ORDER

IT IS SO ORDERED.
DATE: 03/11/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT

Page 2 of 2
*Isaac and Howman. v. Forcillo and Werner Enterprises, Inc.*, Case No. 2:19-cv-01452-KJD-BNW
Stipulation and Order for Dismissal with Prejudice